1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11

ABAD TORRES MAMPUSTI,                    )     NO. CV 06-4873 SJO (FMO)
                                         )
12

               Petitioner,                    )
                                         )     **ORDER ADOPTING FINDINGS,**
13

              v.                             )     **CONCLUSIONS AND RECOMMENDATIONS**
                                         )     **OF UNITED STATES MAGISTRATE JUDGE**
14

MIKE EVANS, Warden,                      )
                                         )
15

              Respondent.                    )
                                         )
16

_____)

17
18
19
20
21

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Magistrate Judge's Report and Recommendation, and the Objections to the Report and Recommendation.  Having made a de novo determination of the portions of the Report and Recommendation to which the Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge.  Accordingly, IT IS ORDERED THAT:

22

       1.     Judgment shall be entered dismissing the action  with prejudice.

23

       2.     The Clerk shall serve copies of this Order and the Judgment herein on the parties.

24
25

DATED: December 1, 2008.                     /S/ S. James Otero

26
27

                              _____
                                 S. JAMES OTERO
                   UNITED STATES DISTRICT JUDGE

28