**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ABAD TORRES MAMPUSTI, | ) | NO. CV 06-4873 SJO (FMO) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| MIKE EVANS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: December 1, 2008.                                    /S/ S. James Otero

                                                        _____
                                                        S. JAMES OTERO
                                                        UNITED STATES DISTRICT JUDGE